# EXHIBIT 6

# Newport

**COUNTERFEIT PRODUCT**

Obtained on 8/16/10 at
Downtown Check Cashing          (23-04
1300 W. Tuscarawas St
Canton, Ohio

MENTHOL BOX 100's





