# EXHIBIT 8

Excel Retail Shipments - Weekly Carton Volume - Last 120 weeks

| Store Name | Address | City | St | Zip |
|---|---|---|---|---|
| DOWNTOWN CHECK CASHING | 1300 W TUSCARAWAS STREET | CANTON | OH | 44702 |

| Wk Ending Date | Distributor Name | MSA Distributor No | Distributor Street Address | City | St | Npt Box King Cartons | Npt King Cartons | Npt Box 100s Cartons | Npt 100s Cartons | Newport Blue 100 B M Cartons | Newport Blue K B M Cartons | Newport Gold 100 B M Cartons | Newport Gold K B M Cartons |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/12/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 2 | 2 | | | | |
| 07/19/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 2 | | | | | |
| 07/26/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 3 | 1 | | | | |
| 08/02/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | | 1 | | 1 | |
| 08/09/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 3 | | | | | |
| 08/16/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 4 | | | | | |
| 08/23/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | 7 | | | | | |
| 08/30/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 2 | | | | | |
| 09/06/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 6 | | 6 | 2 | | | | |
| 09/13/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 2 | | | | | |
| 09/27/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | -3 | | 1 | | | | | 1 |
| 10/04/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 6 | 2 | | | | 1 |
| 10/11/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | | | | | |
| 10/18/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | 2 | 5 | | | | | |
| 10/25/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | 1 | 4 | | | 1 | | |
| 11/01/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 2 | | | | | |
| 11/08/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | 2 | 1 | | | | |
| 11/15/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 1 | 12 | 2 | | | 1 | |
| 11/29/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | 1 | | | | |
| 12/06/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | | | | | |
| 12/13/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | | 4 | | | | | |
| 12/20/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | 2 | | 2 | | | | |
| 12/27/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 4 | | | | | |
| 01/03/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 3 | 1 | | | 1 | 1 |
| 01/10/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 1 | 4 | 2 | | | | |
| 01/17/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | 1 | 4 | | | | | |
| 01/24/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 8 | 2 | 10 | 3 | | | | |
| 01/31/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 3 | | | | | |
| 02/07/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 6 | | | | | |
| 02/14/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 4 | | | | | |
| 02/21/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | | | | | |
| 02/28/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | | | | | |
| 03/07/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | 2 | 6 | 2 | | | | |
| 03/14/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | | | | | |
| 03/21/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 2 | | | | | -1 |
| 03/28/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 2 | | 1 | | | | |
| 04/04/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 5 | 2 | 10 | | | | | |
| 04/11/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 6 | 2 | | | | 1 |
| 04/25/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | 8 | 1 | | | | |
| 05/02/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 10 | | | | 1 | |
| 05/09/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 2 | | | | | 1 |
| 05/16/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 6 | | | | | |
| 05/23/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | 6 | | | | | |
| 05/30/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 4 | 2 | | | | |
| 06/06/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 4 | 2 | | | | |
| 06/13/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | 4 | 2 | | | | |
| 06/20/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 4 | 2 | | | | |
| 06/27/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | | 5 | 2 | | | | |
| 07/04/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 8 | | | | | |
| 07/11/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 1 | 5 | | | | | |

**Exhibit**

8- Hamden

**Excel Retail Shipments - Weekly Carton Volume - Last 120 weeks**

| Store Name | Address | City | St | Zip |
|---|---|---|---|---|
| DOWNTOWN CHECK CASHING | 1300 W TUSCARAWAS STREET | CANTON | OH | 44702 |

| Wk Ending Date | Distributor Name | MSA Distributor No | Distributor Street Address | City | St | Npt Box King Cartons | Npt King Cartons | Npt Box 100s Cartons | Npt 100s Cartons | Newport Blue 100 B M Cartons | Newport Blue K B M Cartons | Newport Gold 100 B M Cartons | Newport Gold K B M Cartons |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  | 1 | 2 |  |  |  |  |  |
| 07/25/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 2 | 4 | 2 |  |  |  |  |
| 08/01/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 6 |  |  |  |  |  |
| 08/08/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 |  | 4 |  |  |  |  |  |
| 08/15/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 |  | 10 |  |  |  |  |  |
| 08/22/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 |  | 21 |  |  |  |  |  |
| 08/29/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  |  |  |  | 1 |  |  |
| 09/05/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 |  | 4 |  |  |  |  |  |
| 09/12/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 5 |  |  |  |  |  |
| 09/19/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 10 |  |  |  |  |  |
| 09/26/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 |  | 7 |  |  |  |  |  |
| 10/03/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 |  | 5 |  |  |  |  |  |
| 10/10/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 6 |  |  |  | 1 |  |
| 10/17/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | 2 | 4 |  |  |  |  |  |
| 10/24/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  | 3 | 5 | 3 |  |  |  |  |
| 10/31/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 5 |  |  |  |  |  |
| 11/07/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 |  |  | 3 |  |  |  |  |
| 11/21/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 |  | 20 |  |  |  |  |  |
| 11/28/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 |  |  |  |  |  |  |  |
| 12/19/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 |  |  |  |  |  |  |  |
| 12/26/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 |  |  |  |  |  |  |  |
| 01/02/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 |  |  |  |  |  |  |  |
| 01/09/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 |  | 5 |  |  |  |  |  |
| 01/16/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 5 |  |  |  |  |  |
| 01/23/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 4 |  |  |  |  |  |
| 02/06/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 10 | 2 |  |  |  |  |
| 02/13/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 |  | 10 | 4 |  |  |  |  |
| 02/20/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  |  |  |  |  | 1 |  |
| 03/06/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 6 |  |  |  |  |  |
| 03/20/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 5 |  |  |  |  |  |
| 03/27/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 10 |  |  |  |  |  |
| 04/03/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 4 |  | 4 |  |  |  |  |  |
| 04/10/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  | 1 | 5 | 3 |  |  |  | 1 |
| 04/17/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 |  |  |  |  |  |  | 1 |
| 04/24/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 6 | 2 | 3 | 1 |  |  |  |  |
| 05/01/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 8 |  |  |  | 1 |  |
| 05/08/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 3 |  |  |  |  |  |
| 05/15/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 5 |  |  |  |  |  |
| 05/22/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 4 |  | 2 |  |  |  |  |  |
| 05/29/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 2 | 2 | 2 |  |  |  |  |
| 06/05/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 10 |  |  |  |  |  |
| 06/26/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | -20 |  |  |  |  |  |
| 07/17/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 5 |  | -5 |  |  |  |  |  |
| 08/21/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 1 | 5 | 1 |  |  |  |  |
| 09/04/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 |  | 6 | 1 |  |  |  |  |
| 09/11/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  | 2 | 2 |  |  |  |  |  |
| 09/18/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 2 | 2 |  |  |  |  |
| 09/25/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 2 | 2 |  |  |  |  |
| 10/02/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 |  | 3 |  |  |  |  |  |
| 10/09/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 3 |  |  |  |  |  |
| 10/16/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH |  |  | 3 | 1 |  |  |  |  |

## Excel Retail Shipments - Weekly Carton Volume - Last 120 weeks

| Store Name | Address | City | St | Zip |
|---|---|---|---|---|
| DOWNTOWN CHECK CASHING | 1300 W TUSCARAWAS STREET | CANTON | OH | 44702 |

| Wk Ending Date | Distributor Name | MSA Distributor No | Distributor Street Address | City | St | Npt Box King Cartons | Npt King Cartons | Npt Box 100s Cartons | Npt 100s Cartons | Newport Blue 100 B M Cartons | Newport Blue K B M Cartons | Newport Gold 100 B M Cartons | Newport Gold K B M Cartons |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 1 | | | | | |

Excel Retail Shipments - Weekly Carton Volume - Last 120 weeks

Exhibit

9 - Harden

| Store Name | Address | City | St | Zip |
|---|---|---|---|---|
| MY MARKET | 125 12TH ST NE | CANTON | OH | 44707 |

| Wk Ending Date | Distributor Name | MSA Distributor No | Distributor Street Address | City | St | Npt Box King Cartons | Npt King Cartons | Npt Box 100s Cartons | Npt 100s Cartons | Newport Blue 100 B M Cartons | Newport Blue K B M Cartons | Newport Gold 100 B M Cartons | Newport Gold K B M Cartons | Newport Gold 100 M Cartons |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/12/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 8 | 2 | | | | | |
| 07/19/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | 4 | 1 | | | | 1 | |
| 07/26/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | 1 | 2 | | | | 1 | | |
| 08/02/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 4 | | 4 | | | 1 | | | |
| 08/09/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 5 | 4 | 5 | 3 | | | 1 | | 1 |
| 08/16/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 4 | | 4 | | | | | | |
| 08/23/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | 1 | | | | | |
| 09/06/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | | 6 | 4 | | | | 1 | |
| 09/13/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 2 | 3 | 2 | | | | | |
| 09/20/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | 3 | | | | | | |
| 09/27/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 5 | 1 | | | | | |
| 10/04/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | | | | | 1 | | |
| 10/11/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | 8 | 2 | | | | | |
| 10/18/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 1 | 4 | 1 | | | | | |
| 10/25/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 1 | 5 | | | | 1 | | |
| 11/08/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 2 | 3 | 2 | | | | | |
| 11/15/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 2 | 5 | 3 | | | 1 | | |
| 11/22/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 3 | | | | | | |
| 11/29/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 4 | | 6 | | | | | | |
| 12/06/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 4 | 2 | | | | | |
| 12/13/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | | 5 | 2 | | | | | |
| 12/27/2008 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | 5 | 3 | | | | | |
| 01/03/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | | | | | | |
| 01/10/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 4 | | | | 1 | | |
| 01/17/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | 2 | 6 | 2 | | | | | |
| 01/24/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 4 | | | | | | |
| 01/31/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 4 | 2 | | | | | |
| 02/07/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | | 6 | | | | | | |
| 02/14/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 1 | 3 | 1 | | | | | |
| 02/21/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | | | | | | |
| 02/28/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 4 | 5 | 2 | | | 1 | | |
| 03/07/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | 1 | 5 | 3 | | | | | |
| 03/14/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 10 | | | | | | |
| 03/21/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | 6 | 3 | | | | | |
| 03/28/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 5 | | 5 | | | | 1 | | |
| 04/04/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 2 | 2 | | | | | |
| 04/04/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 3 | 2 | 5 | 2 | | | | | |
| 04/11/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 3 | | 6 | 3 | | | | | |
| 04/25/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 3 | | | | | | |
| 04/25/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 2 | 2 | 5 | 2 | | | 1 | | |
| 05/09/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 2 | 5 | 3 | | | | | |
| 05/16/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | 2 | 5 | 3 | | | | | |
| 05/23/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 5 | 1 | 7 | 2 | | | | | |
| 05/23/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 3 | 1 | 3 | 2 | | | | | |
| 05/30/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | | | 5 | 2 | | | 1 | | |
| 06/06/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 2 | 2 | | | | | |
| 06/06/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 5 | 3 | 5 | 4 | | | | | |
| 06/13/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 5 | | | 4 | | | | | |
| 06/20/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | 4 | 1 | | | | |
| 06/27/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | | | 5 | 4 | | | | | |
| 07/04/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 5 | | 15 | | | | 1 | 1 | |
| 07/11/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 8 | 6 | | | | | |
| 07/18/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 3 | 2 | 10 | 5 | | | | | |

## Excel Retail Shipments - Weekly Carton Volume - Last 120 weeks

| Store Name | Address | City | St | Zip |
|---|---|---|---|---|
| MY MARKET | 125 12TH ST NE | CANTON | OH | 44707 |

| Wk Ending Date | Distributor Name | MSA Distributor No | Distributor Street Address | City | St | Npt Box King Cartons | Npt King Cartons | Npt Box 100s Cartons | Npt 100s Cartons | Newport Blue 100 B M Cartons | Newport Blue K B M Cartons | Newport Gold 100 B M Cartons | Newport Gold K B M Cartons | Newport Gold 100 M Cartons |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/01/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | | | 5 | 2 | | | 1 | | |
| 08/08/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | 1 | 20 | 10 | | | | | |
| 08/22/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 5 | 3 | 10 | | | | | | |
| 08/29/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 7 | | | | | | |
| 09/05/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 5 | 4 | 9 | 6 | | | | | 2 |
| 09/12/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 10 | 4 | | | | | |
| 09/19/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 5 | | 10 | | | | | | |
| 09/26/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | | 5 | | | | | | |
| 10/03/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 15 | 7 | | | | | |
| 10/10/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 10 | | | | | 1 | |
| 10/17/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 5 | 4 | 10 | 5 | | | | | |
| 10/24/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | 2 | | | | | |
| 10/31/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | | | 6 | 2 | | | | | |
| 11/14/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | 1 | 2 | 1 | | | | | |
| 11/14/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 5 | 3 | 10 | 5 | | | | | |
| 11/21/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 10 | 5 | | | | | |
| 12/05/2009 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 5 | 2 | 7 | 3 | | 1 | | | |
| 12/12/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | 3 | | | | | |
| 12/19/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 4 | | | | | | |
| 12/26/2009 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | 1 | 10 | 5 | | | | | |
| 01/02/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | | | | | | | |
| 01/09/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | | 8 | 1 | | | | | |
| 01/16/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | 5 | 2 | | | | | |
| 01/23/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 5 | 2 | | | | | |
| 03/13/2010 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 2 | | 2 | 2 | | | | 2 | |
| 04/03/2010 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 1 | 1 | 2 | 1 | | | | | |
| 04/17/2010 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | | -1 | | -1 | | | | -2 | |
| 05/01/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 3 | | | | | | |
| 05/08/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | 1 | 5 | 5 | | | | | |
| 05/22/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 2 | | | | | | |
| 06/05/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 3 | 2 | 3 | 1 | | | | | |
| 06/12/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 3 | | | | | | |
| 06/19/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 1 | | | | | | |
| 07/31/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | 1 | -2 | | | | | | |
| 08/14/2010 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | 10 | 10 | 30 | 20 | | | | | |
| 08/21/2010 | ELUM MUSIC COMPANY | 1266850009 | 280 FEDERAL AVE N W | MASSILLON | OH | -10 | -10 | -30 | -20 | | | | | |
| 08/28/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 2 | | | | | | |
| 09/04/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | 1 | 1 | 1 | | | | | |
| 09/11/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 3 | 1 | | | | | |
| 09/25/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | 2 | | | | | | |
| 10/02/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | | 1 | | | | | | |
| 10/09/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 1 | 1 | 2 | 1 | | | | | |
| 10/16/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | | | 2 | | | | | | |
| 10/23/2010 | ADCO DISTRIBUTORS INC | 1005450002 | 221 CHERRY AVE NE | CANTON | OH | 2 | | | | | | | | |